# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Todd A. Trice  
      Melissa Trice aka Melissa Plummer

CHAPTER 13

BKY. NO. 17-10756 MDC

Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I and index same on the master mailing list.

Respectfully submitted,



/s/ Rebecca Solarz  
Rebecca Solarz  
30 Jul 2021, 15:34:28, EDT

KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532  
(215) 627-1322

Document ID: 7b853df5dc73bf99c0aaebc14ace10859e12ad292593976a41b594420033e8f7