# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10756-MDC

TODD A. TRICE
MELISSA TRICE
351 EAGLE ROAD

NEWTOWN, PA 18940

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TODD A. TRICE
    MELISSA TRICE
    351 EAGLE ROAD

    NEWTOWN, PA 18940

Counsel for debtor(s), by electronic notice only.

    HOWARD GERSHMAN
    GERSHMAN LAW OFFICES PC
    610 YORK RD, STE 200
    JENKINTOWN, PA 19422-

                            /S/ William C. Miller

Date: 8/2/2021                   _____

                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee