Fill in this information to identify the case:

Debtor 1           Todd A. Trice

Debtor 2           Melissa Trice *aka* Melissa Plummer
(Spouse, if filing)

United States Bankruptcy Court for the Eastern           District of Pennsylvania
                                                                          (State)
Case number      17-10756-mdc

Form 4100S
# Supplemental Proof of Claim for Forbearance Claim                    02/21

**Please be advised:** This Supplemental Proof of Claim is filed in compliance with the requirements of 11 U.S.C. § 501(f)(1) if the Debtor was granted a forbearance under the CARES Act (15 U.S.C. § 9056 or 9057). To the extent the Debtor was provided a forbearance on a loan not covered by the CARES Act, this Supplemental Proof of Claim is filed to provide notice of the loan status and COVID related relief provided to the Debtor. "Creditor" in this form means "eligible creditor" under 11 U.S.C. § 501(f) or creditor that granted a forbearance on a loan not covered by the CARES Act.

Name of creditor:    HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., Asset Backed Certificates, Series 2006-AF1

Court claim no. (If known): 6

Last 4 digits of any number you use to identify the debtor's account: 6504

Property address:    349 EAGLE ROAD
                     Number    Street

City Newtown        State PA    ZIP Code 18940

## Part 1:  Amount of Loan That Was Not Received During Forbearance Period

List of payments not received during forbearance period:

| Forborne (FB) Payment Date | FB Payment Amount | Payment Amount Received During Forbearance | Date Funds Received | FB Payment Amount Remaining |
|---|---|---|---|---|
| | | $4.36 (Suspense funds on hand at time of forbearance) | | |
| 04/01/2020 | $2,347.83 | $2,350.01 | 05/29/2020 | $0.00 |
| 05/01/2020 | $2,347.83 | $2,347.83 | 07/28/2020 | $0.00 |
| 06/01/2020 | $2,347.83 | $2,347.83 | 08/31/2020 | $0.00 |
| 07/01/2020 | $2,347.83 | $2,347.83 $2,350.01 | 09/28/2020 09/30/2020 | $0.00 |
| 08/01/2020 | $2,347.83 | | | $0.00 |
| 09/01/2020 | $2,347.83 | | | $2,339.11 |

The Debtor's forbearance protection afforded under the CARES Act or under other COVID relief programs expired before the enactment of the Consolidated Appropriations Act (CAA). As a result, it is possible this COVID Forbearance Supplemental Proof of Claim (SPOC) will be filed outside the 120-day deadline as provided in the CAA. However, given the timing of the forbearance, the CAA enactment, the development of the COVID Forbearance SPOC, and that Congress might not have considered CARES\COVID forbearances that expired before CAA enactment, Wells Fargo is filing this SPOC to ensure all parties receive notice of the status of the forborne payments and Wells Fargo's claim to them in this case.

Total of payments not received during forbearance period:    $2,339.11

## Part 2:  Information About Agreement to Modify or Defer Loan Obligation

Have the Debtor and Creditor entered into an agreement to modify or defer the loan obligation in connection with the forbearance?

❑ Other.

❑ Yes. Attach copies of the writing outlining the modification or deferral:

      ❍    The loan was modified as follows:

      ❍    The amount of forborne payments and the deferral date:

      ❍    See Docket Entry(ies) _____

☒ No. If they have not already done so, Debtor or their counsel should contact the Creditor about any resolutions that may be available to the Debtor. The Debtor may contact Wells Fargo Home Mortgage to discuss a personalized solution at 1-800-274-7025. Written attorney consent may be required to speak directly with the Debtor about these options.

**Part 3:  Sign Here**

The person completing this form must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.

✖ /s/ Mario Hanyon, Esquire
Signature

Print: Mario   Hanyon
First Name   Middle Name   Last Name

Company: Brock and Scott, PLLC

Address: 302 Fellowship Road, Suite 130
Number   Street

Mount Laurel   NJ   08054
City   State   ZIP Code

Contact phone ( 844 ) 856 – 6646

Date 08 / 05 / 2021

Title Attorney Bar # 203993

Email mario.hanyon@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>TODD A TRICE and MELISSA TRICE aka MELISSA PLUMMER | Case No. 17-10756-mdc |
| HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1,<br>    Movant<br><br>vs.<br><br>TODD A TRICE and MELISSA TRICE aka MELISSA PLUMMER,<br>    Debtor | Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Supplemental Proof Of Claim For Forbearance Claim has been electronically served or mailed, postage prepaid on August 5, 2021 to the following:

TODD A TRICE
351 EAGLE ROAD
NEWTOWN, PA 18940

MELISSA TRICE
351 EAGLE ROAD
NEWTOWN, PA 18940

HOWARD GERSHMAN
GERSHMAN LAW OFFICES, PC
610 YORK ROAD
SUITE 200
JENKINTOWN, PA 19422

20-13519 BKPOC01

William C. Miller, Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

US Trustee
United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

/s/ *Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

20-13519 BKPOC01