**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
TODD A. TRICE
MELISSA TRICE

CHAPTER 13

NO. 17-10756 MDC
DEBTORS' RESPONSE TO
TRUSTEE'S MOTION TO DISMISS [DOC. 150]

Debtors, Todd and Melissa Trice, respond to Trustee's Motion as follows: Subsequent to the filing of the Motion, Debtor has made a payment of $5,280.00 to Payee William C. Miller via TFS. Debtors are paid fully through August 2021. September and the remaining 5 payments of $1320.00 have been set up to withdraw on 21st of each month thru TFS.

Attached: Bank Statement showing payment cleared checking account. TFS account showing payment was made.

August 12, 2021

Todd and Melissa Trice

Debtors
Todd and Melissa Trice
351 Eagle Road
Newtown. PA 18940

Service upon:
William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105





## Account Activity

### x6539 - Personal Checking

**Selected Account**

x6539 - Personal Checking (Available $10...)

**Show:**

○ All   ● 30 Days   ○ 60 Days   ○ 90 Days   ○ 120 Days   ○ Other

⊕ More Search Options

Clear    [Search]

Download For: ⬇ Spreadsheet

| Date | Withdrawals | Deposits | Description | Balance |
|---|---|---|---|---|
| 08/10/2021 | $54.00 | | | |
| 08/10/2021 | $11.66 | | | |
| 08/10/2021 | $5.00 | | | |
| 08/10/2021 | | $100.00 | | |
| 08/10/2021 | $6.97 | | | $72.50 |
| 08/06/2021 | $5,287.99 | | TFS XXX-XXX-2413 TFS PAY 8105124 | $79.47 |
| 08/06/2021 | $18.76 | | | $5,367.46 |
| 08/06/2021 | $17.98 | | | $5,386.22 |

## TFS Payment Summary

Edit Bank Account Information

Edit Payment Schedule & Amount

Track Your TFS Payments by Email

Total Amount Paid: **$60,830.00**

Payment Amount: **$1,320.00**

Did you know that you can receive email notifications when your payment has cleared our system and has arrived at the trustee? You can manage notifications as well. Turn on notifications and always stay up to date about your payments!

Scheduled to complete payment 02/21/2022

Your appointed Trustee, WILLIAM C. MILLER is scheduled to be paid Monthly / On a particular day

Turn on payment notifications now.



Stop All Payments

### Frequently Asked Questions

Our support site has answers to some of the most commonly asked questions, including:

How long do payments take to arrive?

What is the difference between pending and scheduled?

Can I use a debit or credit card?

**Upcoming Transactions**

| Date | Payee | Type | Amount | TFS Fee | Total |
|---|---|---|---|---|---|
| September 21, 2021 | WILLIAM C MILLER | Trustee Payment | $1,320.00 | $5.99 | $1,325.99 |

**Processing Transactions**

| Date | Payee | Type | Amount | TFS Fee | Total |
|---|---|---|---|---|---|
| August 05, 2021 | WILLIAM C MILLER | Manual Debtor Payment | $5,280.00 | $7.99 | $5,287.99 |

