# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>MELISSA TRICE<br>TODD A TRICE<br>     Debtor(s) | Case No. 17-10756-mdc<br><br>Chapter 13 |
| HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1,<br>     Movant<br><br>vs.<br>MELISSA TRICE<br>TODD A TRICE<br>     Respondents | |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1 has filed a Motion to Compel Debtor to Resolve the Delinquency in Forbearance Payments with the Court to permit HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1 to Foreclose on 349 Eagle Road, Newtown, Pennsylvania 18940.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before November 12, 2021 you or your attorney must do all of the following:

        (a)  file an answer explaining your position at:

            Clerk's Office, U.S. Bankruptcy Court
             900 Market Street, Suite 400
            Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)  mail a copy to the Movant's attorney:

            Brock and Scott, PLLC
            8757 Red Oak Boulevard, Ste 150
            Charlotte, NC 28217

      2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

      3.     A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on November 17, 2021 at 10:30 am, pursuant to Standing Order 20-30003 dated March 16, 2020. Parties may participate in the telephonic hearing by calling 877-336-1828 and entering access code 7855846.

      4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

      5.     You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

This is the 29th day of November, 2021.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>MELISSA TRICE<br>TODD A TRICE<br>    Debtor(s) | Case No. 17-10756-mdc |
| HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1,<br>    Movant<br><br>vs.<br>MELISSA TRICE<br>TODD A TRICE<br>    Respondents | Chapter 13 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Motion to Compel Debtor to Resolve the Delinquency in Forbearance Payments by regular mail or electronic means on 10/29/2021.

MELISSA TRICE
351 EAGLE RD
NEWTOWN, PA 18940

TODD A TRICE
351 EAGLE RD
NEWTOWN, PA 18940

Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422

Kenneth E. West
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

This is the 29th day of October, 2021.

        */s/ Mario Hanyon*
        Mario Hanyon
        (Bar No. 203993)
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        302 Fellowship Road, Ste 130
        Mount Laurel, NJ 08054
        Telephone: 844-856-6646 x4560
        Facsimile: 704-369-0760
        E-Mail: pabkr@brockandscott.com