*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Todd A. Trice and Melissa Trice

    Debtor(s)

Case No: 17–10756–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*Rscheduled \*\*
Motion to Compel the Debtors to Resolve the Delinquency in Forbearance Payments Filed by HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006–AF1 Represented by ANDREW L. SPIVACK

    on: 11/18/21

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/2/21

Timothy B. McGrath
Clerk of Court

160 – 158
Form 167