United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Todd A. Trice  
Melissa Trice  
    Debtors

Case No. 17-10756-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 02, 2021      Form ID: 167      Total Noticed: 8

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd A. Trice, Melissa Trice, 351 Eagle Road, Newtown, PA 18940-1201 |
| cr | + | ACM Prime Alamosa Trust 2018, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | G.H. Harris Associates, c/o Stephen L. Needles, Esq., 2 N. State Street, P.O. Box 70, Newtown, PA 18940-0070 |
| cr | + | PNL Newco II, LLC, 2100 ROSS AVENUE, SUITE 2900, Dallas, TX 75201-6774 |
| cr | | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Wells Fargo Bank N.A., 1 Home Campus, X2303-01A, Des Moines, IA 50328-0001 |
| cr | + | Wilmington Savings Fund Society, FSB, not Its Indi, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 23:28:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 02, 2021 | Form ID: 167 | Total Noticed: 8 |

**Name**  **Email Address**

ALEXANDRA T. GARCIA

    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ALEXANDRA T. GARCIA

    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ALEXANDRA T. GARCIA

    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANDREW L. SPIVACK

    on behalf of Creditor HSBC Bank USA  National Association As Trustee et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK

    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CELINE P. DERKRIKORIAN

    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com

DANIEL P. JONES

    on behalf of Creditor Wilmington Savings Fund Society  FSB, not Its Individual Capacity but Solely in Its Capacity as Owner Trustee of ACM Prime Alamosa 2018 Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES

    on behalf of Creditor ACM Prime Alamosa Trust 2018 djones@sterneisenberg.com  bkecf@sterneisenberg.com

DAVID BANKS

    on behalf of Creditor PNL Newco II  LLC bbwlaw@yahoo.com

HOWARD GERSHMAN

    on behalf of Joint Debtor Melissa Trice hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

HOWARD GERSHMAN

    on behalf of Debtor Todd A. Trice hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

JAMES P. SHAY

    on behalf of Creditor HSBC Bank USA  National Association As Trustee et. al. james.shay@phelanhallinan.com

JEROME B. BLANK

    on behalf of Creditor HSBC Bank USA  National Association As Trustee et. al. paeb@fedphe.com

JIM PEAVLER

    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us

KENNETH E. WEST

    ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER

    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com

LAUREN MOYER

    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

MARIO J. HANYON

    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON

    on behalf of Creditor HSBC Bank USA  National Association As Trustee et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

PATRICIA M. MAYER

    on behalf of Plaintiff Todd A. Trice patriciamayerpc@gmail.com nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com

PATRICIA M. MAYER

    on behalf of Plaintiff Melissa Trice patriciamayerpc@gmail.com nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com

RAYMOND M. KEMPINSKI

    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC raykemp1006@gmail.com, raykemp1006@gmail.com

REBECCA ANN SOLARZ

    on behalf of Creditor U.S. Bank Trust National Association  as Trustee for CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com

STEPHEN L. NEEDLES

    on behalf of Creditor G.H. Harris Associates steve@needlelawyer.com

THOMAS SONG

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 02, 2021 | Form ID: 167 | Total Noticed: 8

on behalf of Creditor HSBC Bank USA  National Association As Trustee et. al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 26

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Todd A. Trice and Melissa Trice

    Debtor(s)

Case No: 17−10756−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*Rscheduled \*\*
Motion to Compel the Debtors to Resolve the Delinquency in Forbearance Payments Filed by HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006−AF1 Represented by ANDREW L. SPIVACK

on: 11/18/21

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/2/21

Timothy B. McGrath
Clerk of Court

160 − 158
Form 167