# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>MELISSA TRICE and TODD A TRICE<br><br>HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1,<br>    Movant<br><br>vs.<br><br>MELISSA TRICE and TODD A TRICE,<br>    Debtor | Case No. 17-10756-mdc<br>Chapter 13 |

## WITHDRAWAL OF MOTION TO COMPEL THE DEBTORS TO RESOLVE THE DELINQUENCY IN FORBEARANCE PAYMENTS

HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc.,

AssetBacked Certificates, Series 2006-AF1 ("Movant"), by and through its legal counsel, hereby

withdraws its Motion to Compel the Debtors to Resolve the Delinquency in Forbearance

Payments filed October 29, 2021, Document Number 158.

>   */s/ Andrew Spivack*
>   Andrew Spivack
>   (Bar No. 84439)
>   Attorney for Creditor
>   BROCK & SCOTT, PLLC
>   302 Fellowship Road, Suite 130
>   Mount Laurel, NJ 08054
>   Telephone:  844-856-6646 x3017
>   Facsimile:  704-369-0760
>   E-Mail:  PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>MELISSA TRICE and TODD A TRICE<br><br>HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1,<br>    Movant<br><br>vs.<br><br>MELISSA TRICE and TODD A TRICE,<br>    Debtor | Case No. 17-10756-mdc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Motion to Compel the Debtors to Resolve the Delinquency in Forbearance Payments has been electronically served or mailed, postage prepaid on <u>November 17, 2021</u> to the following:

MELISSA TRICE
351 EAGLE RD
NEWTOWN, PA 18940

TODD A TRICE
351 EAGLE RD
NEWTOWN, PA 18940

Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422
hg229ecf@gmail.com

Kenneth E. West, Bankruptcy Trustee
Chapter 13 Trustee

1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                                        */s/ Andrew Spivack*
                                        Andrew Spivack
                                        (Bar No. 84439)
                                        Attorney for Creditor
                                        BROCK & SCOTT, PLLC
                                        302 Fellowship Road, Suite 130
                                        Mount Laurel, NJ 08054
                                        Telephone:  844-856-6646 x3017
                                        Facsimile:  704-369-0760
                                        E-Mail:  PABKR@brockandscott.com