| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br>Todd A. Trice<br>Melissa Trice | Case Number:<br>2:2017-bk-10756 | |
| Name of Creditor:<br>HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., Asset Backed Certificates, Series 2006-AF1 | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | _ Check this box if you are changing the address that payments will go to. |
| 1. Account Number: **6504**  UCID: **WFCMGE1710756PAE49796504** | | _ Check this box if the account number has changed. |
| 2. Court Claim Number: **6** | | |
| 3. Signature:<br><br>Check the appropriate box.<br>    I am the creditor.<br>  X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>    I am the trustee, or the debtor.<br>    I am a guarantor, surety, endorser, or other codebtor.<br><br>By:  /s/ Karen Sue Branas          Date: 01/14/2022<br>      VP Loan Documentation | | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    CASE NO.:      17-10756

Todd A. Trice                                             CHAPTER:      13

Melissa Trice

    Debtor(s).

_____/

CERTIFICATE OF SERVICE

I hereby certify that on or before January 14, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*   *By U.S. Postal Service First Class Mail Postage Prepaid:*

Todd A. Trice
351 Eagle Road
Newtown, PA 18940

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Melissa Trice
351 Eagle Road
Newtown, PA 18940

*Debtor's Attorney:*   *By CM / ECF Filing:*

HOWARD GERSHMAN
Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422

*Trustee:*   *By CM / ECF Filing:*

*Trustee:*       KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)