# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In RE:** TODD A. TRICE

       MELISSA TRICE

       : **CHAPTER 13**

       :

       : **BANKRUPTCY NO.** 17-10756-MDC

       :

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

                                                    Respectfully submitted,

**3/21/2022**

                                                    /s/ KENNETH E. WEST

                                                  KENNETH E. WEST, Esquire
                                                  Chapter 13 Standing Trustee
                                                  P.O. Box 40837
                                                  Philadelphia PA 19107
                                                  Phone: 215-627-1377