United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-10756-mdc
Todd A. Trice     Chapter 13
Melissa Trice
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 4
Date Rcvd: Mar 22, 2022    Form ID: 138OBJ    Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd A. Trice, Melissa Trice, 351 Eagle Road, Newtown, PA 18940-1201 |
| 14396337 | + | ACM Prime Alamosa Trust 2018, c/o BSI Financial Services, Inc., 314 South Franklin Street, Titusville, PA 16354-2168 |
| 14396903 | + | ACM Prime Alamosa Trust 2018, c/o Daniel Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200 Warrington, PA 18976-3403 |
| 14566915 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13860870 | + | David Banks, Esquire, 3038 Church Road, Lafayette Hill, PA 19444-1717 |
| 13860872 | | Dow Northeast Employees FCU, 100 Independence Mall West, Philadelphia, PA 19106 |
| 13860875 | + | GH Harris Associates, Inc., Deputy Tax Collector, PO Box 216, Dallas, PA 18612-0216 |
| 13860876 | + | Gregory Shields, Esquire, 524 N. Providence Road, Suite 201, Media, PA 19063-3056 |
| 14566989 | + | HSBC Bank USA NA, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14628576 | + | HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan,, c/o MARIO J. HANYON, 302 Fellowship Road,, Ste 130, Mount Laurel, NJ 08054-1218 |
| 13879144 | #+ | HSBC Bank USA, National Association as Trustee, c/o Wells Fargo Bank, N.A., as servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan, MN 55121-1663 |
| 13920349 | + | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 13877906 | + | New Jersey Turnpike Authority, Mark Schneider, Esquire, 581 Main Street, PO BOX 5042, Woodbridge, NJ 07095-5042 |
| 13869266 | + | PNL Newco II, LLC, 2100 ROSS AVENUE, SUITE 2900, DALLAS, TX 75201-6774 |
| 13860881 | + | PNL Newco, LLC, 2100 Ross Avenue, Suite 2900, Dallas, TX 75201-6774 |
| 13982499 | + | Patricia M. Mayer, Esquire, 301 Oxford Valley Rd., Ste. 203B, Yardley, PA 19067-7708 |
| 14627025 | + | U.S. Bank Trust National Association,, as Trustee for CVI LCF Mtge Loan Trust I, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14626896 | + | U.S. Bank Trust National Association, as Trustee f, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14606990 | | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14566772 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14661666 | + | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 13860883 | + | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14422212 | + | Wilmington Savings Fund Society, FSB et al., c/o BSI Financial Services, Inc., 314 South Franklin Street, 2nd Floor, Titusville, PA 16354-2168 |
| 14422403 | + | Wilmington Savings Fund Society, FSB et al., c/o BSI Financial Services, Inc., 314 South Franklin Street, P.O. Box 517, Titusville, PA 16354-0517 |
| 14426471 | + | Wilmington Savings Fund Society, FSB,, c/o Daniel Jones, Esquire, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 22 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13900003 | | Email/PDF: ebn_ais@aisinfo.com | Mar 22 2022 23:56:16 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 22, 2022 | Form ID: 138OBJ | Total Noticed: 49 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 13860865 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 22 2022 23:54:00 | Bayview Loan Servicing, Customer Service Dept., 4425 Ponce De Leon Blvd, 5th floor, Miami, FL 33146-1873 |
| 13930301 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 22 2022 23:54:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 13860866 | + | Email/PDF: cbp@onemainfinancial.com | Mar 22 2022 23:56:22 | Beneficial Financial Inc., c/o First National Collection Bureau, 610 Waltham Way, Sparks, NV 89437-6695 |
| 13860867 | + | Email/Text: notices@burt-law.com | Mar 22 2022 23:55:00 | Brittany Suttell, Esquire, Burton Neil & Associates, PC, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 13860868 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2022 23:56:21 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13983418 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2022 23:56:23 | CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 13860869 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2022 23:56:23 | Citimortgage, 1000 Technology Drive, O Fallon, MO 63368-2240 |
| 13892738 | | Email/Text: BKPT@cfna.com | Mar 22 2022 23:54:00 | Credit First NA, BK13 Recovery Services, PO Box 818011, Cleveland, OH 44181-8011 |
| 13860871 | + | Email/Text: B@directcapital.com | Mar 22 2022 23:55:00 | Direct Capital Corporation, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 13860873 | | Email/Text: BKPT@cfna.com | Mar 22 2022 23:54:00 | Firestone/Credit First, NA, PO Box 81315, Cleveland, OH 44181-0315 |
| 13957289 | + | Email/Text: steve@needlelawyer.com | Mar 22 2022 23:54:00 | G.H. Harris Associates, Inc., Council Rock School District, c/o Stephen L. Needles, Esquire, 80 N. 2nd Street Pike, Churchville, PA 18966-1057 |
| 13860874 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Mar 22 2022 23:54:00 | Gateway One Lending & Finance, 160 N. Riverview Drive, Suite 100, Anaheim, CA 92808 |
| 13860877 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 22 2022 23:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13860879 | + | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 22 2022 23:54:00 | NJ EZ Pass Violations Processing Ctr, PO Box 4971, Trenton, NJ 08650-4971 |
| 13860878 | | Email/PDF: pa_dc_claims@navient.com | Mar 22 2022 23:56:09 | Navient, Attn: Correspondence, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 13919975 | | Email/PDF: pa_dc_ed@navient.com | Mar 22 2022 23:56:15 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13860880 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2022 23:55:00 | PA Department of Revenue, Bureau of Compliance, Bankruptcy Division, PO Box 28046, Harrisburg, PA 17128-0946 |
| 13930417 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2022 23:56:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13875433 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 22 2022 23:56:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13865866 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13860882 | + | Email/Text: bkrpt@retrievalmasters.com | Mar 22 2022 23:55:00 | RMCB, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14566916 | *+ | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 24, 2022                    Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:

**Name**     **Email Address**

ALEXANDRA T. GARCIA
on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ALEXANDRA T. GARCIA
on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ALEXANDRA T. GARCIA
on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANDREW L. SPIVACK
on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor HSBC Bank USA National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CELINE P. DERKRIKORIAN
on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com

DANIEL P. JONES
on behalf of Creditor Wilmington Savings Fund Society FSB, not Its Individual Capacity but Solely in Its Capacity as Owner Trustee of ACM Prime Alamosa 2018 Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
on behalf of Creditor ACM Prime Alamosa Trust 2018 djones@sterneisenberg.com bkecf@sterneisenberg.com

DAVID BANKS
on behalf of Creditor PNL Newco II LLC bbwlaw@yahoo.com

HOWARD GERSHMAN
on behalf of Joint Debtor Melissa Trice hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

HOWARD GERSHMAN
on behalf of Debtor Todd A. Trice hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

JAMES P. SHAY
on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. james.shay@phelanhallinan.com

JEROME B. BLANK

| | |
|---|---|
| | on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. paeb@fedphe.com |
| JIM PEAVLER | |
| | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | |
| | on behalf of Creditor HSBC Bank USA National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | |
| | on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARISA MYERS COHEN | |
| | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARISA MYERS COHEN | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| PATRICIA M. MAYER | |
| | on behalf of Plaintiff Todd A. Trice patriciamayerpc@gmail.com nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com |
| PATRICIA M. MAYER | |
| | on behalf of Plaintiff Melissa Trice patriciamayerpc@gmail.com nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com |
| RAYMOND M. KEMPINSKI | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC raykemp1006@gmail.com, raykemp1006@gmail.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN L. NEEDLES | |
| | on behalf of Creditor G.H. Harris Associates steve@needlelawyer.com |
| THOMAS SONG | |
| | on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. tomysong0@gmail.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 26

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Todd A. Trice and Melissa Trice
    Debtor(s)

Case No: 17−10756−mdc
Chapter: 13

---

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/22/22

174 − 173
Form 138OBJ