# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Melissa Trice aka Melissa Plummer<br>           Todd A. Trice<br>                              Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I<br>                              Movant<br>               vs. | NO. 17-10756 MDC |
| Melissa Trice aka Melissa Plummer<br>Todd A. Trice<br>                              Debtor(s) | 11 U.S.C. Sections 362 |
| Kenneth E. West Esq.<br>                              Trustee | |

## ORDER

AND NOW, this         day of                    , 2022 at Philadelphia, it is      hereby

ORDERED THAT Movant's Motion for Relief is hereby marked as MOOT as, per the Order Discharging Debtor having been entered on April 14, 2022 (Doc. No. 177) and pursuant to 11 U.S.C. § 362(c)(2)(C), the automatic stay is no longer in effect, including for the Property located at 351 Eagle Road, Newtown, PA 18940 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

_____
United States Bankruptcy Judge.