United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-10756-mdc
Todd A. Trice  Chapter 13
Melissa Trice
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Apr 20, 2022    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Todd A. Trice, Melissa Trice, 351 Eagle Road, Newtown, PA 18940-1201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:

**Name**      **Email Address**

ALEXANDRA T. GARCIA
    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ALEXANDRA T. GARCIA
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ALEXANDRA T. GARCIA
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANDREW L. SPIVACK
    on behalf of Creditor HSBC Bank USA  National Association As Trustee et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

CELINE P. DERKRIKORIAN
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com

DANIEL P. JONES
    on behalf of Creditor ACM Prime Alamosa Trust 2018 djones@sterneisenberg.com bkecf@sterneisenberg.com

DANIEL P. JONES
    on behalf of Creditor Wilmington Savings Fund Society FSB, not Its Individual Capacity but Solely in Its Capacity as Owner Trustee of ACM Prime Alamosa 2018 Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DAVID BANKS
    on behalf of Creditor PNL Newco II LLC bbwlaw@yahoo.com

HOWARD GERSHMAN
    on behalf of Joint Debtor Melissa Trice hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

HOWARD GERSHMAN
    on behalf of Debtor Todd A. Trice hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

JAMES P. SHAY
    on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. james.shay@phelanhallinan.com

JEROME B. BLANK
    on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. paeb@fedphe.com

JIM PEAVLER
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor HSBC Bank USA National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARISA MYERS COHEN
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, mcohen@mwc-law.com

PATRICIA M. MAYER
    on behalf of Plaintiff Todd A. Trice patriciamayerpc@gmail.com nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com

PATRICIA M. MAYER
    on behalf of Plaintiff Melissa Trice patriciamayerpc@gmail.com nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC raykemp1006@gmail.com, raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEPHEN L. NEEDLES
    on behalf of Creditor G.H. Harris Associates steve@needlelawyer.com

THOMAS SONG
    on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 26

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa Trice aka Melissa Plummer<br>Todd A. Trice<br>Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I<br>Movant<br>vs. | NO. 17-10756 MDC |
| Melissa Trice aka Melissa Plummer<br>Todd A. Trice<br>Debtor(s) | 11 U.S.C. Sections 362 |
| Kenneth E. West Esq.<br>Trustee | |

## ORDER

AND NOW, this 20th day of April 2022 at Philadelphia, it is hereby ORDERED THAT Movant's Motion for Relief is hereby marked as MOOT as, per the Order Discharging Debtor having been entered on April 14, 2022 (Doc. No. 177) and pursuant to 11 U.S.C. § 362(c)(2)(C), the automatic stay is no longer in effect, including for the Property located at 351 Eagle Road, Newtown, PA 18940 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge