United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10756-mdc |
| Todd A. Trice | Chapter 13 |
| Melissa Trice | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 15, 2022 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd A. Trice, Melissa Trice, 351 Eagle Road, Newtown, PA 18940-1201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 15 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | |
| | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ALEXANDRA T. GARCIA | |

Case 17-10756-mdc   Doc 186   Filed 07/17/22   Entered 07/18/22 00:28:17   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2022 | Form ID: 138FIN | Total Noticed: 3 |

**ALEXANDRA T. GARCIA**
on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

**ANDREW L. SPIVACK**
on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

**ANDREW L. SPIVACK**
on behalf of Creditor HSBC Bank USA National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

**CELINE P. DERKRIKORIAN**
on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com

**DANIEL P. JONES**
on behalf of Creditor Wilmington Savings Fund Society FSB, not Its Individual Capacity but Solely in Its Capacity as Owner Trustee of ACM Prime Alamosa 2018 Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

**DANIEL P. JONES**
on behalf of Creditor ACM Prime Alamosa Trust 2018 djones@sterneisenberg.com bkecf@sterneisenberg.com

**DAVID BANKS**
on behalf of Creditor PNL Newco II LLC bbwlaw@yahoo.com

**HOWARD GERSHMAN**
on behalf of Joint Debtor Melissa Trice hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

**HOWARD GERSHMAN**
on behalf of Debtor Todd A. Trice hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

**JAMES P. SHAY**
on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. james.shay@phelanhallinan.com

**JEROME B. BLANK**
on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. paeb@fedphe.com

**JIM PEAVLER**
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us

**KENNETH E. WEST**
ecfemails@ph13trustee.com philaecf@gmail.com

**KENNETH E. WEST**
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

**MARIO J. HANYON**
on behalf of Creditor HSBC Bank USA National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARIO J. HANYON**
on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARISA MYERS COHEN**
on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

**MARISA MYERS COHEN**
on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, mcohen@mwc-law.com

**PATRICIA M. MAYER**
on behalf of Plaintiff Todd A. Trice patriciamayerpc@gmail.com nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com

**PATRICIA M. MAYER**
on behalf of Plaintiff Melissa Trice patriciamayerpc@gmail.com nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com

**RAYMOND M. KEMPINSKI**
on behalf of Creditor BAYVIEW LOAN SERVICING LLC raykemp1006@gmail.com, raykemp1006@gmail.com

**REBECCA ANN SOLARZ**
on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

**STEPHEN L. NEEDLES**
on behalf of Creditor G.H. Harris Associates steve@needlelawyer.com

**THOMAS SONG**
on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. tomysong0@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 15, 2022 | Form ID: 138FIN | Total Noticed: 3 |

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 27

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Todd A. Trice and Melissa Trice
        Debtor(s)                       Case No: 17−10756−mdc
                                                                       Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                      900 Market Street
                         Suite 400
                   Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/15/22