United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-10756-mdc
Todd A. Trice  Chapter 13
Melissa Trice
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Todd A. Trice, Melissa Trice, 351 Eagle Road, Newtown, PA 18940-1201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ALEXANDRA T. GARCIA | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ALEXANDRA T. GARCIA | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA National Association As Trustee et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked |

Case 17-10756-mdc   Doc 188   Filed 08/20/22   Entered 08/21/22 00:29:10   Desc
Imaged Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: 195 | Total Noticed: 1 |

Certificates, Series 2006-AF1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CELINE P. DERKRIKORIAN
　　on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com

DANIEL P. JONES
　　on behalf of Creditor ACM Prime Alamosa Trust 2018 djones@sterneisenberg.com  bkecf@sterneisenberg.com

DANIEL P. JONES
　　on behalf of Creditor Wilmington Savings Fund Society  FSB, not Its Individual Capacity but Solely in Its Capacity as Owner Trustee of ACM Prime Alamosa 2018 Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DAVID BANKS
　　on behalf of Creditor PNL Newco II  LLC bbwlaw@yahoo.com

HOWARD GERSHMAN
　　on behalf of Joint Debtor Melissa Trice hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

HOWARD GERSHMAN
　　on behalf of Debtor Todd A. Trice hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

JAMES P. SHAY
　　on behalf of Creditor HSBC Bank USA  National Association As Trustee et. al. james.shay@phelanhallinan.com

JEROME B. BLANK
　　on behalf of Creditor HSBC Bank USA  National Association As Trustee et. al. paeb@fedphe.com

JIM PEAVLER
　　on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us

KENNETH E. WEST
　　ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
　　on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
　　on behalf of Creditor HSBC Bank USA  National Association As Trustee et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
　　on behalf of Creditor HSBC Bank USA  National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2006-AF1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARISA MYERS COHEN
　　on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
　　on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, mcohen@mwc-law.com

PATRICIA M. MAYER
　　on behalf of Plaintiff Todd A. Trice patriciamayerpc@gmail.com nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com

PATRICIA M. MAYER
　　on behalf of Plaintiff Melissa Trice patriciamayerpc@gmail.com nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com

RAYMOND M. KEMPINSKI
　　on behalf of Creditor BAYVIEW LOAN SERVICING  LLC raykemp1006@gmail.com, raykemp1006@gmail.com

REBECCA ANN SOLARZ
　　on behalf of Creditor U.S. Bank Trust National Association  as Trustee for CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEPHEN L. NEEDLES
　　on behalf of Creditor G.H. Harris Associates steve@needlelawyer.com

THOMAS SONG
　　on behalf of Creditor HSBC Bank USA  National Association As Trustee et. al. tomysong0@gmail.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 27

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Todd A. Trice and Melissa Trice                       : Case No. 17−10756−mdc

    Debtor(s)

### ORDER
_____

    AND NOW, this day , August 18, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                By The Court

                Magdeline D. Coleman
                Chief Judge , United States Bankruptcy Court